UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE OETKEN

| UNITED STATES OF AMERICA | **NOTICE OF INTENT TO FILE AN INFORMATION** |
|---|---|
| v. | |
| LISA ANN SCHIFF, | 24 CRIM 605 |
| Defendant. | |

Please take notice that the United States Attorney's Office will file an Information upon the defendant's waiver of Indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Furthermore, I have reviewed Judge Garnett's Individual Rules for matters involving the U.S. Attorney's Office, and the relevant records, and Judge Garnett is recused from this matter.

Dated: New York, New York
September 30, 2024

DAMIAN WILLIAMS
United States Attorney

By: _____
Cecilia Vogel
Assistant United States Attorney

AGREED AND CONSENTED TO:

By: _____
Randy Zelin, Esq.
Attorney for Lisa Ann Schiff